IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALLEN ELLIOTT DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-1143-C |
| | ) | |
| STATE OF OKLAHOMA and | ) | |
| POTTAWATOMIE COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On November 3, 2010, Judge Roberts entered a Report and Recommendation concluding that because Plaintiff had not paid the initial filing fee as ordered, the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 29th day of December, 2010.

ROBIN J. CAUTHRON
United States District Judge